FILED
CLERK, U.S. DISTRICT COURT

JUL 1 2 2018

CENTRAL DISTRICT OF CALIFORNIA
BY ___AE___ DEPUTY

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 18-315-RGK |
| v. DOMENIC SIGNORELLI DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint MEGHAN BLANCO, Esquire, as my attorney to appear for me throughout all proceedings in this case.

Date: 7/12/18

Defendant's Signature: [signature]

City and State: Los Angeles CA

## APPEARANCE OF COUNSEL

I, MEGHAN BLANCO, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

Date: 7-12-18

Attorney's Signature: [signature]

California State Bar Number: 238171

Street Address: 28202 CABOT RD STE 300

City, State, Zip Code: LAGUNA NIGUEL, CA 92677

Telephone Number: (949) 296-9869    Fax Number: (949) 606-8988

E-mail Address: MBLANCO@MEGHANBLANCO.COM

CR-14 (01/07)    DESIGNATION AND APPEARANCE OF COUNSEL