UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   2:18-cr-00315-RGK                                            Date   7/25/2018

Present:   The Honorable R. GARY KLAUSNER, United States District Judge
Interpreter:   N/A

| Sharon Williams | Sandra MacNeil | Ashwin Janakiram |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 2. Domenic Signorelli, Bond | 2. Meghan Blanco, Retained |

**PROCEEDINGS:**     **CHANGE OF PLEA**

X   Defendant moves to change plea to the   Indictment  .

X   Defendant sworn.

X   Defendant enters a new and different plea of GUILTY to   1  .

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday,   October 22, 2018 at 10:00 AM   for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before   September 17, 2018  .

X   Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X   The Court vacates the   September 4, 2018   trial date as to this defendant.

:25
Initials of Deputy Clerk:  sw

cc: USPO