**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-315-RGK |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING [32] |
| v. | |
| DOMENIC SIGNORELLI (#2), | Location: Courtroom of the Hon. R. Gary Klausner |
| Defendant. | |

Good having been shown, the sentencing currently scheduled for October 22, 2018 is continued to **December 10, 2018 at 10:00 a.m.**

**SO ORDERED**, this 31st day of August, 2018.

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE